**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-1856

THEODORE JUSTICE,

Plaintiff – Appellant,

v.

DIRECTOR EXCEPTIONAL CHILDREN'S DIVISION DIRECTOR WILLIAM
J. HUSSEY; HENDERSON COLLEGIATE CHARTER SCHOOL CO-FOUNDER
EXECUTIVE DIRECTOR ERIC SANCHEZ,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:15-cv-00546-BO)

Submitted:  November 17, 2016      Decided:  November 21, 2016

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Theodore Justice, Appellant Pro Se. Laura Ellen Crumpler, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina;
Rachel B. Hitch, SCHWARTZ & SHAW, PLLC, Raleigh, North Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Justice appeals from the district court's orders dismissing his complaint filed under 42 U.S.C. §§ 1983, 1985 (2012) and the Individuals with Disabilities Education Act and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Justice v. Hussey, No. 5:15-cv-00546-BO (E.D.N.C. Apr. 20 & July 15, 2016). We deny Justice's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED